| PROB 22 Rev. 2/88 | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran. Ct) |
|---|---|---|
| | | 113C 9:06CR80135-1 |
| | | DOCKET NUMBER (Rec. Ct) |
| | | 4:13 cr 86 RH |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT Southern | DIVISION Probation |
|---|---|---|
| David Girouard Northern District of Florida | NAME OF SENTENCING JUDGE The Honorable Kenneth L. Ryskamp United States District Court West Palm Beach, Florida | |

| SD/FL PACTS No. 89869 | DATES OF SUPERVISED RELEASE | FROM 7/7/2010 | TO 7/6/2020 |
|---|---|---|---|

OFFENSE:
Traveling in Interstate Commerce for the Purpose of Engaging in Illicit Sexual Conduct with a Minor.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

 **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. § 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>NORTHERN DISTRICT OF FLORIDA</u> upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 8/16/13 | _Kenneth L. Ryskamp_ |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN</u> DISTRICT OF <u>FLORIDA</u> .

 **IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 9/25/13 | _Robert M. Hinkle_ |
|---|---|
| Effective Date | United States District Judge |