# UNITED STATES DISTRICT COURT
for the
### Northern District of Florida

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David  Girouard                                  Case Number:   4:13CR86-RH

Name of Sentencing Judicial Officer:    Robert  L. Hinkle , United States District Judge

Date of Original Sentence:   February 2, 2007

Original Offense:   Traveling in Interstate Commerce for the Purpose of Engaging in Illicit Sexual Conduct with a Minor

Original Sentence:   Fifty-seven (57) months Bureau of Prisons; followed by ten (10) years supervised release.

Type of Supervision: Supervised Release          Date Supervision Commenced:  7/7/2010

---

### PETITIONING THE COURT

☐  To issue a warrant
☒  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Special Condition,** by the use of a computer.  On or about July 19, 2013, the offender used a computer without the Court's permission as evidenced by his admission. |
| 2 | **Violation of Mandatory Condition,** by failing to refrain from violation of the law.  On or about July 19, 2013, the supervised releasee failed to register a cyber-communications account, to wit: DavidGirouard52@gmail.com, prior to using the account, contrary to F.S.S.. 943.0435(4)(d), Failure to Register as a Sexual Offender. |
| 3 | **Violation of Special Condition,** by failing to refrain from having contact with children under the age of 18.  On or about July 4, 2013, the offender did knowingly have contact with T.H. (8 years of age) and K..S.  (Newborn) as evidence by his admission. |

Rec'd1015'13UsDcFln4PM1212

4          **Violation of Special Condition,** by possessing visual depictions of adults engaged in sexually explicit conduct.  On or about July 19, 2013, the supervised releasee possessed two small videos of an adult engaged in sexually explicit conduct as evidenced by examination of his SamSung cell phone, model number SGH275S and as further evidenced by his admission.

U.S. Probation Officer Recommendation:  Modification

☐ The term of supervision should be

    ☐ Revoked

    ☐ Extended for          years, for a total term of         years.

☒ The conditions of supervision should be modified as follows:

Recommendation to be provided prior to modification hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 8, 2013

_____
Michael A. Sobeski
Senior United States Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☐ The Issuance of a Warrant

☒ The Issuance of a Summons.

☐ Other -

_____
Signature of Judicial Officer

10/8/13
_____
Date

Warrant/Summons Issued: 10|15|13    Elizabeth Lawrence
                    Date           Deputy Clerk