UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO. 4:13cr86-RH

**DAVID GIROUARD,**
 **Defendant**
_____/

**MOTION TO CONTINUE**

  Defendant, David Girouard, moves this Court to continue his violation of supervise release hearing that is scheduled on November 15, 2013. The grounds in support of this motion are as follows.

  1. Mr. Girouard's initial appearance hearing was held on October 22, 2013. Mr. Girouard was released with the requirement that he continue to abide by the conditions of his supervised release. Mr. Girouard's violation of supervised release hearing was scheduled for November 15, 2013.

  2. The undersigned has planned a long-delayed summer vacation for the week of November 11, 2013, and had hoped to be out of town on the scheduled hearing date.

  3. Assistant United States Attorney, Jimmy Ustynoski has no objection to this request.

WHEREFORE, Mr. Girouard requests that this Court enter an order rescheduling his violation of supervised release hearing to sometime other than the week of November 11, 2013.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been forwarded by electronic delivery to Assistant United States Attorney, Jimmy Ustynoski, this 24th day of October, 2013.

Respectfully submitted,

*s/Randolph P. Murrell*
Randolph P. Murrell
Federal Public Defender
227 N. Bronough Street, Ste 4200
Tallahassee, FL 32301
 (850) 942-8818
randolph_murrell@fd.org