# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:13cr86-RH-CAS

DAVID GIROUARD,

    Defendant.

_____/

# ORDER MODIFYING THE CONDITIONS
# OF SUPERVISED RELEASE

A petition was filed on October 8, 2013, charging the defendant David Girouard with four violations of the conditions of supervised release. ECF No. 2. At a hearing on November 26, 2013, Mr. Girouard admitted his guilt and was found guilty. The violations were using a computer without permission (violation 1), failing to register a cyber-communication account (violation 2), having contact with specific minors (violation 3), and possessing visual depictions of an adult engaged in sexually explicit conduct (violation 4).

Based on the violations, the following special condition of supervised release is added:

>The defendant must participate in the Probation Department's Computer/Internet Monitoring Program. The defendant must comply with all requirements of the program as now in effect and with any amendment, so long as the defendant receives notice of, or otherwise learns of, the amendment.

In addition, for the reasons set out on the record of the hearing on November 26, 2013, two further modifications are made.

First, the special condition set out in the second paragraph under the heading "Special Conditions of Supervision" in the judgment entered on February 6, 2007, is modified to provide:

>The defendant must not possess or use any computer, except that the defendant may, with prior approval of the assigned probation officer, possess or use a computer in connection with authorized employment or school.

Second, the special condition set out in the eighth paragraph under the heading "Special Conditions of Supervision" in the judgment entered on February 6, 2007, is modified to provide:

>The defendant must not have unsupervised contact with a minor in person, by telephone, electronically, or in writing. Any unsupervised contact must be reported immediately to the probation officer.

All other conditions of supervised release remain the same.

SO ORDERED on November 26, 2013.

>s/Robert L. Hinkle
>United States District Judge