UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 4:13cr86-MW

DAVID GIROUARD

_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE FINAL REVOCATION HEARING

Defendant, David Girouard, by and through undersigned counsel, hereby moves this Honorable Court to continue the final hearing regarding revocation of supervised release in this matter from the currently scheduled date of November 19, 2021 for a period of 14 days. In support of this motion, Mr. Girouard states:

1. On October 20, 2021, Mr. Girouard appeared for his initial appearance hearing on an amended petition alleging three violations of supervised release. Mr. Girouard is alleged to have used cocaine on four occasions. He is also alleged to have possessed a "computer" without prior approval from his probation officer, and he is alleged to have violated the law by driving under the influence. Following a detention hearing on October 2021, Mr. Girouard remains detained at the Tallahassee Federal Detention Center. Mr. Girouard's final revocation hearing is currently scheduled for November 19, 2021.

2. Undersigned counsel has requested records from the Department of

1

Veterans Affairs documenting Mr. Girourad's medical conditions. Undersigned has not yet received the records. It is necessary for Defense to obtain and review these records in anticipation of introducing them as mitigation at sentencing. Undersigned anticipates that a continuance of 14 days will provide sufficient time to receive and review the records, and provide them to the government and the Court.

3. The requested continuance is made in good faith and not for the purpose of unnecessary delay.

WHEREFORE, Mr. Girouard respectfully requests that this Court grant a 14 day continuance of the currently scheduled final revocation hearing.

Respectfully submitted,

RANDOLPH P. MURRELL
FEDERAL PUBLIC DEFENDER

*Elizabeth L. Vallejo*
ELIZABETH L. VALLEJO
Assistant Federal Public Defender
Florida Bar No. 127120
227 N. Bronough Street, Suite 4200
Tallahassee, FL 32301
Phone (850) 942-8818
Fax (850) 942-8809

Attorney for Defendant

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Undersigned counsel conferred with Assistant United States Attorney Gary Milligan, who indicated that he is in agreement with the relief sought in this motion. This motion contains 394 words.

*Elizabeth L. Vallejo*
ELIZABETH L. VALLEJO

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished via ECF to Assistant United States Attorney Gary Milligan this 17th November, 2021.

*Elizabeth L. Vallejo*
ELIZABETH L. VALLEJO